UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA           :

        -against-           :           09-Cr-1022-40 (KMK)

Chris Curry,           :

        Defendant.           :
-------------------------------------------------------x


# SENTENCING MEMORANDUM ON BEHALF
# OF CHRIS CURRY


Hurwitz Stampur & Roth
299 Broadway, Ste. 800
New York, NY 10007
By: James Roth, Esq.

# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743

April 22, 2013

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    <u>United States v. Elvis Santana, et al. (Chris Curry)</u>
                    **09 CR 1022(KMK)**

Dear Judge Karas,

      Please find enclosed a letter by Mr. Curry's sister, Marie Curry, for your consideration in connection with his impending sentence scheduled for April 25, 2013.
      Please consider this letter as an additional exhibit to his prior sentencing memorandum.

Very truly yours,

James Roth, Esq.

Encls.

cc: A.U.S.A. Douglas Bloom (By ECF)
     U.S.P.O. Sara K. Willette (By E-mail)

JR/nb

JR/CURRY/SENT. LTR 042213

April 19, 2013

Re: Chris Curry

To Honorable Kenneth M. Karas:

My name is Marie Curry I work as a Medical Technician at Mohegan Park Home for Adults. Christopher Curry is my baby brother, he's been living with me since our mother passed away.

Christopher is well loved by family & friends, especially my children who miss their Uncle Chris. He has such a wonderful heart. If Chris had to he would give you his clothes off his back. I consider him generous, honest, and loyal to his family. I put my heart out to Chris, I know for a fact when he comes home he will stay home. This was so hard for me and my children. We all miss him so much, this was a learning experience and an eye opener for him. I know he will work when he comes home. He is well liked and has a very good reputation, especially with children. My daughter and son love their uncle. We continue to support him.

Thank you,

Marie Curry

Marie Curry