UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ECF CASE |
| v. | NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| ELVIS SANTANA, ET AL., | 09 CR. 1022 (KMK) |
| Defendants. |  |

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:  /s/ Maurene Comey
     Maurene Comey
     Assistant United States Attorney
     (914) 993-1933
     Maurene.Comey@usdoj.gov